IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, <br> AIS #224802, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:19-CV-150-WHA |
| SGT. DANIEL GAY, et al., | ) <br> ) | |
| Defendants. | ) | |

## **ORDER**

On March 4, 2019, the Magistrate Judge entered a Recommendation (Doc. #2) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is dismissed without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate Final Judgment will be entered.

DONE this 27th day of March, 2019.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE